UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
05-CV-2476(JMR/AJB)

| | | |
|---|---|---|
| Loran Stewart | ) | |
| | ) | |
| v. | ) | AMENDED ORDER |
| | ) | |
| Julie Hanson et al. | ) | |

Plaintiff objects to the Report and Recommendation, issued December 5, 2005 [Docket No. 4], by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Magistrate recommended that plaintiff's application for leave to proceed in forma pauperis ("IFP") be denied, and that the action be dismissed without prejudice. Plaintiff's objections to the Report were timely filed pursuant to Local Rule 72.2(b).

Plaintiff notes in his objections that he was released from prison on October 24, 2005. Since plaintiff is no longer a prisoner, he does not qualify for IFP status. 28 U.S.C. § 1915.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis is denied. [Docket No. 2]

2. This action is dismissed without prejudice.

Dated: January 30, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge